Brent P. Lorimer (#3731)
blorimer@wnlaw.com
Brian N. Platt (#17099)
bplatt@wnlaw.com
Chad E. Nydegger (#9964)
cnydegger@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiffs Axcess Global
Sciences, LLC and Pruvit Ventures, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC and PRUVIT VENTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEW U LIFE CORP., <br><br> Defendants. | Case No. 2:21-cv-00215-HCN-CMR <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Plaintiffs Axcess Global Sciences, LLC and Pruvit Ventures, Inc. ("the Plaintiffs") and New U Life Corp. ("the Defendant"), by and through their respective counsel of record, hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed, with prejudice, as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

1

2

IT IS SO STIPULATED.

DATED this 19th day of November, 2021.

| WORKMAN NYDEGGER | PARSONS BEHLE & LATIMER |
|---|---|
| _/s/ Brian N. Platt_____<br>Brian N. Platt (bplatt@wnlaw.com)<br>Brent P. Lorimer (blorimer@wnlaw.com)<br>Chad E. Nydegger cnydegger@wnlaw.com) | /s/ Christopher Cuneo_____<br>Christopher Cuneo<br>(ccuneo@parsonsbehle.com)<br>Dana M. Herberholz<br>(dherberholz@parsonsbehle.com)<br>Jonathan H. Love (jlove@parsonsbehle.com) |
| *Attorneys for Plaintiffs Axcess Global Sciences, LLC and Pruvit Ventures, Inc.* | *Attorneys for Defendant New U Life Corp.* |